**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7716**

LINWOOD WHITEHEAD,

Plaintiff - Appellant,

v.

MS. ROOKS, Correction Officer,

Defendant - Appellee.

**No. 22-6852**

LINWOOD WHITEHEAD,

Plaintiff - Appellant,

v.

MS. ROOKS, Correction Officer,

Defendant - Appellee.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:19-cv-00326-RAJ-RJK)

Submitted:  February 27, 2023                                     Decided:  March 29, 2023

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Linwood Whitehead, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Linwood Whitehead seeks to appeal the district court's orders dismissing his 42 U.S.C. § 1983 action without prejudice for failure to prosecute[*] (No. 22-7716) and denying his Fed. R. App. P. 4(a)(6) motion (No. 22-6852). We dismiss the appeals for lack of jurisdiction because the notices of appeal were not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Rule 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order dismissing Whitehead's § 1983 action on July 27, 2021. Whitehead filed the notice of appeal on December 10, 2021. The district court entered its order denying Whitehead's motion to reopen the appeal period on June 22, 2022. Whitehead filed the notice of appeal on July 25, 2022. Because Whitehead failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period in either case, we dismiss the appeals.

---

[*] We previously remanded to the district court to determine whether Whitehead was entitled to a reopening of the appeal period under Fed. R. App. P. 4(a)(6). *Whitehead v. Rooks*, No. 22-7716, 2022 WL 989351 (4th Cir. Apr. 1, 2022). On remand, the district court denied Whitehead's motion to reopen the appeal period.

3

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*